UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

7-ELEVEN, INC.,

                Plaintiff,

- against –

SUNEIL MINHAS,

                Defendant.

Civil Action No.: 11-cv-5455 (JS-AKT)

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE, that the undersigned appears as counsel for Plaintiff, 7-ELEVEN, INC. and requests that copies of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Philadelphia, Pennsylvania
       April 19, 2013

DUANE MORRIS LLP

By: _____
    Susan V. Metcalfe (SM-4694)
30 South 17th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 979-1000
SVMetcalfe@duanemorris.com

*Attorneys for Defendant*