UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7-ELEVEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNEIL MINHAS, <br><br> Defendant. | **Electronically Filed** <br><br> No. 11-cv-5455 (JS)(AKT) <br><br> **NOTICE OF CHANGE OF ADDRESS** |

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney infromation change(s) for:

**STEPHEN SUSSMAN**

My EDNY Bar Number is: SS-1072      My State Bar Number is: 1188291

**SUSAN V. METCALFE**

My EDNY Bar Number is: SM-4694      My State Bar Number is: 5093455

I am

☑ An attorney

☐ A Government Agency attorney

☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME:  Lebensfeld Borker Sussman & Sharon LLP

FIRM ADDRESS:  31 South Street, Suite 2S, Mount Vernon, NY 10550

DM1\3811224.1

FIRM TELEPHONE NUMBER: (212) 594-2030

NEW FIRM: FIRM NAME: Duane Morris LLP

FIRM ADDRESS: 1540 Broadway, New York, NY 10036-4086

FIRM TELEPHONE NUMBER: (212) 692-1000

FIRM FAX NUMBER: (212) 692-1020

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

        Duane Morris LLP

        By: ____/s/_____
          Stephen Sussman (SS-1072)
          E-mail:    ssussman@duanemorris.com
          Susan V. Metcalfe (SM-4694)
          Email:    svmetcalfe@duanemorris.com
          1540 Broadway
          New York, NY 10036-4086
          Telephone: 212 692 1000
          Fax: 212 692 1020

        Attorneys for Plaintiff

Dated: May 2, 2013