DATE:  9/18/2013   AT:  2:30

BEFORE JUDGE JOANNA SEYBERT:

CIVIL CAUSE FOR PRE-MOTION CONFERENCE

DOCKET NUMBER:  11-5455

TITLE:  7-ELEVEN, INC. -V- MINHAS

APPEARANCES:

FOR PLAINTIFF(S):  BRIAN SLIPAKOFF

FOR DEFENDANT(S):  GARDNER MILLER

REPORTER: NONE

 X    CASE CALLED.

 X    COUNSEL FOR ALL SIDES PRESENT.

_____   COUNSEL FOR _____ NOT PRESENT.

 X    CONFERENCE HELD.

_____   DISCOVERY TO BE COMPLETED BY_____

_____   PARTIES TO COMPLETE_____
        BY THE NEXT CONFERENCE OR BY_____

_____   NEXT CONFERENCE SET FOR_____

_____   CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
        FOR_____

_____   MOTION TO BE FILED BY ___/___/2013;
                RESPONSE BY ___/___/2013;
                REPLY BY    ___/___/2013.

_____   JURY SELECTION SET FOR___/___/2013 AT 9:30AM BY LAW CLERK

_____   TRIAL SET FOR_____

 X    OTHER BRIEFING SCHEDULE TO BE SET IN JANUARY, 2014, IF
      CASE DOES NOT SETTLE.
           JOINT PRETRIAL ORDER FILING AND FINAL PRETRIAL
      CONFERENCE SCHEDULED BY MAG. JUDGE TOMLINSON ARE
      SIMILARLY STAYED.