EINBINDER & DUNN, LLP
ATTORNEYS AT LAW
104 WEST 40TH STREET
NEW YORK, NY 10018
(212) 391-9500

FACSIMILE (212) 391-9025

www.ed-lawfirm.com

MICHAEL EINBINDER
TERRENCE M. DUNN*
JULIANNE COWAN LUSTHAUS°

GARDNER B. MILLER◊
STEPHANIE J. BLUMSTEIN*
RICHARD BAYERᐃ

KENNETH L. LEIBY, JR.ᐃ, of counsel
RICHARD L. HERZFELD, of counsel

*MEMBER NY, NJ and MA BARS
°MEMBER NY, NJ and NH BARS
ᐃMEMBER NY and NJ BARS
◊MEMBER NY and MA BARS

WESTCHESTER OFFICE:
777 WESTCHESTER AVENUE, SUITE 101
WHITE PLAINS, NY 10604
TELEPHONE: (914) 705-5417
FACSIMILE: (212) 391-9025

NEW JERSEY OFFICE:
159 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041
TELEPHONE: (973) 921-2000
FACSIMILE: (973) 921-2929

Sender's Email: me@ed-lawfirm.com

April 2, 2014

**VIA ECF**
Hon. A. Kathleen Tomlinson
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 910
Central Islip, New York 11722

   **Re: 7-Eleven, Inc. v. Suneil Minhas, No. 11-5455 (E.D.N.Y.)**

Dear Judge Tomlinson:

  We represent the defendant/counterclaim plaintiff Suneil Minhas ("Minhas") in the above-referenced action. Due to a scheduling conflict that just arose, we write to request an adjournment of the pretrial conference that is currently set for April 15, 2014 at 11:30 a.m. to April 25, 2014 at 9:30 a.m. if that date and time is convenient for the Court. In the event the Court is able to accommodate this adjournment, we also request that the Court provide us with a new due date for the joint pretrial order.

  We have conferred with plaintiff's counsel, Susan Metcalfe, who has indicated she has no objection to the adjournment or proposed date. Plaintiff's counsel previously requested an adjournment of this pretrial conference, which was originally scheduled on April 2, 2014. That request was granted by the Court.

               Respectfully yours,

               */s/ Michael Einbinder*
               Michael Einbinder

cc: Stephen Sussman (via ECF)
   Susan Metcalfe (via ECF)